IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GRADY GARTMAN,<br><br>　　　　　Defendant. | 4:12CR3140<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion, (filing no. 22), is hereby granted.

2) The custody of Grady Gartman shall be temporarily transferred on February 5, 2013, to staff at the Federal Public Defenders Office so the defendant can participate in an interview to be conducted at 10:30 a.m. at the Lincoln Federal Defender's Office.

3) The Defendant is not permitted to leave the Lincoln Federal Building and will be returned to the U.S. Marshal's Office immediately following the interview.

January 31, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge